ACCEPTED
04-15-00145-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 11:19:32 PM
KEITH HOTTLE
CLERK

**04-15-00145-CV**

| | | |
|---|---|---|
| **IN THE INTEREST** | § | **IN THE** |
| | § | |
| **OF** | § | **4th COURT** |
| | § | |
| **J.P. ET AL** | § | **OF APPEALS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/21/2015 11:19:32 PM
KEITH E. HOTTLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 73rd Judicial District Court of Bexar County, Texas (CPS Court-Judge Richard Garcia).

2.     The case below was styled the In the Interest of Jeannie Peoples et al and numbered 2014-PA-0980.

3.     Appellant parental rights were terminated after a bench trial.

4     Notice of appeal was given.

5.     The clerk's record was filed; the reporter's record was filed on March 27, 2015.

6.     The appellate brief is presently due on May 21, 2015.

7.     Appellant requests an extension of time of 2 days from the present date, i.e. May 23, 2015.

8.     Appellant relies on the following facts as good cause for the requested extension:

This attorney has been involved in two CPS trial's and another Criminal matter and has been unable to complete the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICE OF SHAWN SHEFFIELD
PO Box 276343
San Antonio, Texas 78227
Tel: (210) 697-9090
Fax: (210) 591-7311

By: /S/Shawn Sheffield
Shawn Sheffield
State Bar No. 24008020
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on May 21, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County.

/S/Shawn Sheffield
Shawn Sheffield